HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHASSIDY F. LUCAS, BIANCA LUCAS and CB STORMWATER, LLC. <br><br> Plaintiffs <br><br> v. <br><br> JOE CAMACHO and DEBORAH CAMACHO, GEORGE PARKER and ALI PARKER, and ANGELA STEPHENSON <br><br> Defendants. | NO. 3:11-CV-05350-BHS <br><br> **CERTIFICATE OF SERVICE** <br><br> **NOTE ON MOTION CALENDAR:** <br> **July 15, 2011** |

The undersigned declares as follows:

I am over the age of 18 years, not a party to this action, and competent to be a witness herein.

On the 29th day of June, 2011, I caused to be delivered true and correct copies of:

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS, GEORGE AND LORI PARKER
PROPOSED ORDER ALLOWING WITHDRAWAL
CERTIFICATE OF SERVICE

to the following parties:

George and Lori Parker                      Via US Mail and Email
10710 199th Street E.
Graham, WA 98338

CERTIFICATE OF SERVICE- 1
nw/cl/Camacho.lucas/pl.3326.003

Barokas Martin & Tomlinson
Attorneys at Law
1422 Bellevue Avenue
Seattle, Washington 98122
Telephone (206) 621-1871
Fax (206) 621-9907

I mailed by United States Postal Service the document to the following non CM/ECF participants on the date below as follows:

Chassidy F. Lucas
284 Watershed Rd.
Port Angeles, WA  98362

Bianca Lucas
284 Watershed Rd.
Port Angeles, WA  98362

CB Stormwater LLC
284 Watershed Rd.
Port Angeles, WA  98362

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this _____ day of _____, 2011.

_____/S/Patti J. Cagle_____
Patti J. Cagle

CERTIFICATE OF SERVICE- 2
nw/cl/Camacho.lucas/pl.3326.003

Barokas Martin & Tomlinson
Attorneys at Law
1422 Bellevue Avenue
Seattle, Washington  98122
Telephone  (206) 621-1871
Fax  (206) 621-9907