HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHASSIDY F. LUCAS, BIANCA LUCAS and CB STORMWATER, LLC.<br><br>Plaintiffs<br><br>v.<br><br>JOE CAMACHO and DEBORAH CAMACHO, GEORGE PARKER and ALI PARKER, and ANGELA STEPHENSON<br><br>Defendants. | NO. 3:11-CV-05350-BHS<br><br>**ORDER ALLOWING WITHDRAWAL AS COUNSEL FOR DEFENDANTS, GEORGE PARKER AND LORI [ALI] PARKER**<br><br>[PROPOSED]<br><br>NOTE ON MOTION CALENDAR:<br>July 15, 2011 |

### ORDER

THIS MATTER having come on regularly for hearing on this date to be heard before the undersigned Judge/Court Commissioner of the above-entitled court, and the Court having reviewed the files and records in this matter, and being fully advised in the premises, Now Therefore it is hereby

ORDERED, ADJUDGED AND DECREED that Motion to Withdraw as Counsel is GRANTED to Barokas Martin & Tomlinson and the undersigned counsel to withdraw as counsel for the defendants, George Parker and Lori Parker, EFFECTIVE July 15, 2011.

MOTION AND ORDER FOR LEAVE TO
WITHDRAW AS COUNSEL FOR DEFENDANTS,
GEORGE AND LORI PARKER - 3
nw/cl/Camacho..lucas/pl.3326.003

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1422 BELLEVUE AVENUE
SEATTLE, WASHINGTON 98122
TELEPHONE (206) 621-1871
FAX (206) 621-9907

DONE IN OPEN COURT this ____ day of _____, 2011.

_____
JUDGE/COMMISSIONER

Presented by:

BAROKAS MARTIN & TOMLINSON.

By: /s/Aric Bomsztyk
Aric S. Bomsztyk, WSBA #38020
Withdrawing Attorney

---

MOTION AND ORDER FOR LEAVE TO
WITHDRAW AS COUNSEL FOR DEFENDANTS,
GEORGE AND LORI PARKER - 4
nw/cl/Camacho..lucas/pl.3326.003

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1422 BELLEVUE AVENUE
SEATTLE, WASHINGTON 98122
TELEPHONE (206) 621-1871
FAX (206) 621-9907