UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHASSIDY F. LUCAS, et al., | |
| Plaintiffs, | CASE NO. C11-5350BHS |
| v. | |
| JOE CAMACHO, et al., | ORDER |
| Defendants. | |

This matter comes before the Court on the law firm of Barokas Martin & Tomlinson's motion for leave to withdraw as attorney of record for Defendants George and Lori Parker ("Parkers") (Dkt. 13). The Court has reviewed the brief filed in support of the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

On May 31, 2011, attorney Aric Bomsztyk of Barokas Martin & Tomlinson filed a notice of appearance on behalf of the Parkers. Dkt. 7. On June 29, 2011, the instant motion was filed seeking leave to withdraw as attorney of record for the Parkers. Dkt. 13. No opposition has been filed.

"[N]o attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court." Local General Rule 2(g)(4). "A motion for withdrawal . . . shall include a certification that the motion was served on the client and opposing counsel." *Id*.

ORDER - 1

1   Barokas Martin & Tomlinson has complied with the local rule by filing a motion
2   for leave and certifying that the motion was served on the opposing party and the Parkers.
3   Therefore, it is hereby **ORDERED** that Barokas Martin & Tomlinson's motion for
4   leave to withdraw as attorney of record for Defendants George and Lori Parker
5   ("Parkers") (Dkt. 13) is **GRANTED**.
6   DATED this 27th day of July, 2011.

BENJAMIN H. SETTLE
United States District Judge