UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CHASSIDY F. LUCAS and BIANCA LUCAS, individually and d/b/a CB STORMWATER, a Washington sole proprietorship,<br><br>Plaintiffs,<br><br>v.<br><br>JOE CAMACHO, et al.,<br><br>Defendants. | CASE NO. C11-5350BHS<br><br>ORDER REGARDING PARTIES AND CAPTION |

This matter comes before the Court *sua sponte* on review of the file.

On May 5, 2011, Plaintiffs Chassidy F. Lucas, Bianca Lucas, and CB Stormwater, LLC, filed a complaint against defendants. Dkt. 1. The Court informed CB Stormwater, LLC, that it must be represented by counsel per the Local Rules. Dkt. 5. On June 3, 2011, Plaintiffs informed the Court that CB Stormwater, LLC, was dissolved and that Chassidy Lucas and Bianca Lucas operate a new business entity, CB Stormwater, as a sole proprietorship. Dkt. 8.

The Clerk is directed to terminate CB Stormwater, LLC, and add the phrase "individually and d/b/a CB Stormwater, a Washington sole proprietorship" after both Chassidy Lucas and Bianca Lucas. The parties are directed to use a caption that conforms with these changes.

**IT IS SO ORDERED**.

DATED this 1st day of November, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER