UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHASSIDY F. LUCAS, et al.,

        Plaintiffs,

  v.

JOE CAMACHO, et al.,

        Defendants.

CASE NO. C11-5350BHS

ORDER GRANTING DEFENDANTS' MOTION AND ISSUING SANCTIONS

This matter comes before the Court sua sponte and on the Parker Defendants' motion to seal and request for sanctions against Plaintiffs. Dkt. 119. The Court having considered the pleadings filed in support of and in opposition to the motion, and the remainder of the file, hereby grants the motion for reasons stated herein.

As an initial matter, the Court notes that Plaintiff Chassidy F. Lucas has been signing documents on behalf of Plaintiffs as "Power of Attorney" for herself, Bianca Lucas, and CB Stormwater. The Court orders that, if Bianca Lucas wishes the Court to consider the documents filed by Chassidy Lucas to also pertain to Bianca Lucas, she must sign the documents herself. Chassidy Lucas has provided no authority to the Court under

which she may sign documents on behalf of Bianca Lucas as her "Power of Attorney." In addition, as the Court has previously stated, if Chassidy Lucas wishes to file documents on behalf of CB Stormwater, she must sign the documents and add the phrase "individually and d/b/a CB Stormwater, a Washington sole proprietorship."

On April 3, 2012, the Parker Defendants filed a motion to seal and request for sanctions against Plaintiffs. Dkt. 119. The Parker Defendants maintain that Plaintiffs have repeatedly filed documents (Dkts. 96 & 117) containing the names of minor children. *Id.* They are asking the Court to seal the documents and issue sanctions against Plaintiffs for repeatedly ignoring the Court's rules. *Id.* Plaintiffs failed to file a response to the motion and under Local Rule 7(b)(2), "[i]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."

Therefore, the Court hereby **ORDERS** that Dkts. 96 and 117 be **SEALED** and redacted versions of the documents filed. In addition, the Court is issuing sanctions against Plaintiffs in the form or **REVOKING** Plaintiffs' ECF privileges. Accordingly, Plaintiffs must follow the Court's procedures for filing copies of documents with the Clerk's office.

DATED this 8th day of May, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2